UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                CR. NO. 06-20281

                                      HONORABLE VICTORIA A. ROBERTS

RODERICK SIMMONS, D-2,

        Defendant.
_____/

## **ORDER**

This matter, having come before the Court on Defendant's Motion to Extend Reporting Date, and with the concurrence of the Government,

**IT IS HEREBY ORDERED** that Defendant's motion is **granted** and Defendant's Reporting Date is hereby extended from 2/5/08 until 5/5/08.

**IT IS SO ORDERED.**

                                                  s/Victoria A. Roberts
                                                  Victoria A. Roberts
                                                  United States District Judge

Dated: February 1, 2008

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on February 1, 2008.

s/Linda Vertriest
Deputy Clerk